1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  LLOYD FARNHAM  (CABN 202231)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495

7      Telephone: (415) 436-7126
       Fax: (415) 436-7207

8      Email:  Lloyd.Farnham@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA          )   CASE NO. 14-CR-643 EMC
                                      )
14      v.                            )   STIPULATION AND [PROPOSED] ORDER
                                      )   SEVERING THE CASE FROM CONSOLIDATED
15  DARELL POWELL,                    )   CASES AND TRANSFERRING CASE TO
                                      )   ASSIGNED JUDGE FOR CHANGE OF PLEA
16      Defendant.                    )
    _____    )

17

18                       **STIPULATION**

19      IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

20      1.      On April 27, 2015, the case U.S. v. Darell Powell, Case No. 15-CR-0006, was reassigned

21  to Judge Edward M. Chen for the purposes of hearing a selective prosecution motion that may be filed

22  on behalf of defendants in the reassigned cases.

23      2.      The reassignment order stated that should a selective prosecution motion not be filed in

24  any of the cases, the case was to be reassigned back to the transferor judge.

25      3.      On September 24, 2015, the case was consolidated, along with other reassigned cases,

26  under the case U.S. v. Matthew Mumphrey, et al., Case No. 14-CR-643 EMC.

27      4.      Darell Powell intends to enter a guilty plea in the above-captioned case, and therefore, no

28  longer intends to file or join in a selective prosecution motion.

STIPULATION AND PROPOSED ORDER          1
CASE NO. 15-CR-0006 EMC

5. Accordingly, the parties jointly request that the case be severed from the consolidated matters, and be transferred back to the Honorable Judge William Alsup.

IT IS SO STIPULATED.


DATED:  November 24, 2015
BRIAN J. STRETCH
Acting United States Attorney


_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney


DATED:  November 24, 2015


_____/s/_____
GABRIELA BISCHOFF
Counsel for Darell Powell


**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that U.S. v. Darell Powell, Case No. 15-CR-006 EMC be severed from the cases consolidated under U.S. v. Matthew Mumphrey, et al., Case No. 14-CR-643 EMC, and that the case be reassigned back to the Honorable Judge William Alsup for further proceedings.

IT IS SO ORDERED.


DATED:  November 25, 2015

IT IS SO ORDERED

Judge Edward M. Chen